SCWC-14-0001287

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TONY ALAN WILLIAMS,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001287; S.P.P. NO. 11-1-0065;
CR. NOS. 87-0851 & 87-1589)

<u>ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Alm, in place of Pollack, J., recused)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, <u>see</u> Hawaiʻi Revised Statutes § 602-59(a) (Supp. 2013); <u>see also</u> Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2012),

IT IS HEREBY ORDERED that Petitioner/Petitioner-Appellant's application for writ of certiorari, filed March 29, 2016 is dismissed without prejudice to re-filing the

application pursuant to HRAP Rule 40.1(a) (2014). ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawaiʻi, April 6, 2016.

| | |
|---|---|
| Tony Alan Williams,<br>petitioner pro se | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Sabrina S. McKenna |
| | /s/ Michael D. Wilson |
| | /s/ Steven S. Alm |

